#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SANDY SKEELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-02064 |
| | ) |
| WALMART, INC. (Store #577), | ) |
| | ) |
| and | ) |
| | ) |
| WALMART ASSOCIATES, INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants Walmart, Inc. and Walmart Associates, Inc., with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations hereby remove the above-captioned matter from the District Court of Johnson County, Kansas, to the District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support thereof, Defendants states the following:

I.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

1.   Plaintiff Sandy Skeels ("Plaintiff") filed her lawsuit against Defendants in the District Court of Johnson County, Kansas, Case No. 18CV07084, on December 27, 2018.

2.   Defendants were served with process on January 15, 2019. Defendants have not yet answered Plaintiff's Petition.

3.   As required by 28 U.S.C. § 1446(a), a copy of all records and proceedings from the District Court of Johnson County, Kansas, are attached as Exhibit A.

4.     This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a) as it is the United States District Court embracing the District Court of Johnson County, Kansas, where Plaintiff's Petition is currently pending.

5.     Without waiving any objection to service, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because the same has been filed within thirty (30) days of service on Defendants.

6.     Pursuant to 28 U.S.C. § 1446(d), Defendant filed written notice of this removal with the Clerk of the District of Johnson County, Kansas, where Plaintiff's Petition is currently pending. A copy of this Notice of Removal and the written notice of the same have been served upon Plaintiff.

## II.     COMPLETE DIVERSITY OF CITIZENSHIP EXISTS.

7.     Upon information and belief, Plaintiff is a citizen of Kansas. *See* Pl's Petition, Exhibit A, at ¶ 1.

8.     Defendant Walmart, Inc. is a business entity organized and operating under the laws of the State of Delaware, with its headquarters and principal place of business is Bentonville, Arkansas.

9.     Defendant Walmart Associates, Inc. is a business entity organized and operating under the laws of the State of Delaware, with its headquarters and principal place of business is Bentonville, Arkansas.

## III.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.

9.     When a plaintiff has not made an exact identification in his petition of an amount in controversy, the removing defendant "must affirmatively establish jurisdiction by providing

jurisdictional *facts* that made it *possible* that $75,000 was in play." *McPhail v. Deere & Co*., 529 F.3d 947, 955 (10th Cir. 2008) (emphasis in original).

10. A removing defendant "may rely on an estimate of the potential damages from the allegations in the complaint" to establish the requisite amount in controversy. *Id*. Allegations in a complaint need not be specific or technical in nature as long as there are sufficient facts alleged to convince the district court that recoverable damages will bear a reasonable relation to the minimum jurisdictional floor. *Cabral v. Willard*, 333 F. Supp. 2d 1108, 1112 (D. Kan. 2003).

11. Plaintiff has alleged "serious and permanent" physical injuries, medical expenses, discomfort, pain, suffering and "other damages" as a result of the occurrence. *See* Pl's Pet, Exhibit A.

12. Upon information and belief, Plaintiff's injuries are complex and likely to place in dispute medical and other damages in excess of $75,000 exclusive of interests and costs.

WHEREFORE, for the foregoing reasons, Defendants Walmart Inc., and Walmart Associates, Inc. remove this action from the District Court of Wyandotte County, Kansas to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully Submitted,

*/s/ James R. Jarrow*
BAKER STERCHI COWDEN & RICE, L.L.C.
James R. Jarrow          KS# 14287
Kehl D. Friesen          KS Dist. Ct.# 78762
9393 W. 110th St., Suite 500
Overland Park, KS 66210
(913) 451-6752
Fax: (816) 472-0288
E-mail: jarrow@bscr-law.com
E-mail: kfriesen@bscr-law.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system on this 5th day of February, 2019, with the Clerk of the court, and a copy was served via mail addressed to:

Gerald Gray II
G. Gray Law, LLC
104 W. 9th Street, Suite 401
Kansas City, MO 64105
ATTORNEY FOR PLAINTIFF

/s/ James R. Jarrow