# EXHIBIT A

18CV07084
Div11

**IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS**

| | | |
|---|---|---|
| **SANDY SKEELS**<br>**15708 W. 138th Street**<br>**Olathe, Kansas 66062**<br>**Petitioner/Plaintiff,** | ) | **Case No. ____** |
| **v.** | ) | **Division _____** |
| **WALMART, INC. (Store #577)**<br>**13600 S. Alden Street**<br>**Olathe, KS 66062**<br>**Serve Registered Agent:**<br>**The Corporation Company**<br>**112 SW 7th Street, Ste. 3C**<br>**Topeka, KS 66603** | ) | **Chapter 60** |
| **WALMART ASSOCIATES, INC.**<br>**702 Southwest 8th Street**<br>**Bentonville, AR 72716**<br>**Serve Registered Agent:**<br>**The Corporation Company**<br>**112 SW 7th Street, Ste. 3C**<br>**Topeka, KS 66603**<br>**Respondents/Defendants.** | ) | |

**PETITION PURSUANT TO K.S.A. CHAPTER 60**

COMES NOW, Petitioner SANDY SKEELS, for her Petition for Damages states and alleges the following:

1. Plaintiff is over the age of eighteen and currently resides in Olathe, Johnson County, Kansas.

2. Walmart, Inc. store #577 is located at 13600 S. Alden Street, Olathe, Johnson County, Kansas, ("premises") a division or subsidiary of Walmart Associates, Inc. whose headquarters are located in Bentonville, Arkansas (collectively Walmart). Walmart is a global corporation with stores located all over Kansas.

*Clerk of the District Court, Johnson County Kansas*
*12/27/18 12:38pm SS*

3. This Court has subject matter jurisdiction over this action pursuant to Article 3, Sections 1 and 6(b) of the Kansas Constitution and Kan. Stat. Ann. 20-301.

4. This Court has personal jurisdiction over Defendant because this action arises from tortious acts Defendant committed in Kansas.

5. Venue is proper under Kan. Stat. Ann 60-603 because this cause of action arose in Johnson County, Kansas.

6. The events described below occurred on or about August 20, 2017.

7. The events described below occurred on the premises of Walmart located at 13600 S. Alden Street, Olathe, Johnson County, Kansas("premises").

8. On or about August 20, 2017, Defendant owned and operated the premises aforementioned in paragraph 7, which was open to the public.

9. On or about August 20, 2017, Plaintiff lawfully entered the premises of Defendant aforementioned in paragraph 7.

10. On or about August 20, 2017, Plaintiff was injured when a metal shopping cart ("cart") owned and maintained by Defendants or its agents caused Plaintiff's finger to be jammed while attempting to utilize the cart causing injury to Plaintiff.

11. Plaintiff sustained serious and permanent injuries as the result of Defendants' failure to perform their duties to ensure that the carts on their premises are safe for the use of invitees like Plaintiff.

**Count I**

**NEGLIGENCE AGAINST DEFENDANTS**

12. Plaintiff incorporates all other paragraphs contained in this Petition for Damages as though fully set forth herein.

13. As the owner and operator of the carts on their premises aforementioned in paragraph 7 , Defendant owed a duty to Plaintiff and to others to make the premises safe, which includes storing and maintaining the carts in a way that does not cause injury or peril to its users.

14. As the owner and operator of the premises aforementioned in paragraph 7 and all its carts, Defendant owed a duty to Plaintiff and to others to make the premises safe, which includes conducting a reasonable inspection of the premises to uncover hidden dangers.

15. As the owner and operator of the premises aforementioned in paragraph 7 and the carts, Defendant owed a duty to Plaintiff and others to warn of any dangerous condition that was known or in the exercise of reasonable care, should have been known.

16. Defendant breached their duties to Plaintiff because the premises were not reasonably safe.

17. On or about August 20, 2017, Defendant was negligent and proximately caused the physical injuries suffered by Plaintiff in the following ways:

a. Defendant knew, or by the exercise of reasonable care should have known, that there was a dangerous and unsafe condition on the premises; and

b. Defendant, through its employees and/or agents, created and/or maintained the dangerous and unsafe condition on the premises; and

c. Defendant failed to use ordinary care and negligently failed to warn and/or protect the public, particularly, Plaintiff, of the dangerous and unsafe condition; and

d. Defendant failed to use ordinary care and negligently failed to do the following:

i. Failure to properly maintain the carts or store them in a way that prevented them from jamming causing injury;

ii. Failure to inspect the carts to ensure that they were safe for use of invitees such as Plaintiff and other members of the public;

iii. Failure to warn of the danger that exist with the carts and the possibility that it could jam or cause injury or peril;

iv. Failure to take other protective measures to protect Plaintiff and others from dangerous conditions as may be discovered during the course of this litigation.

18. As a result of Defendants' negligence, Plaintiff's hand , and she suffered injuries, discomfort, pain, suffering, medical and other damages.

WHEREFORE, Plaintiff prays for judgment in his favor and against Defendant for an amount deemed reasonable under the circumstances and for Plaintiff's costs and all damages available to Plaintiff under law, and such other and further relief as the Court may deem just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues so triable.

Respectfully submitted,

/s/Gerald Gray II
Gerald Gray II, #26749
**G. GRAY LAW, LLC**
104 W. 9TH STREET, SUITE 401
KANSAS CITY, MO 64105
(O) 816-888-3145
(F) 816-817-4683
ggraylaw@outlook.com

**ATTORNEY FOR PETITIONER/Plaintiff**

*Clerk of the District Court, Johnson County Kansas*
*12/27/18 12:38pm SS*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

SANDY SKEELS
Plaintiff
vs

WALMART INC STORE #577
Defendant

Case No: 18CV07084
Division: 11
K.S.A. Chapter 60

SUMMONS

To the above-named defendant:

YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

Name: GERALD GRAY
Address: 2300 MAIN ST, STE 900
KANSAS CITY, MO 64108
Phone: (816) 309-5208

Within 21 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.




/s/ Lisa A. Wilson
Clerk of the District Court

Dated: December 27, 2018

Johnson County Court House, 100 N. Kansas Ave. Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
*12/27/2018 14:25:54 SS*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

SANDY SKEELS

Plaintiff

vs

Case No: 18CV07084
Division: 11
K.S.A. Chapter 60

WALMART ASSOCIATES INC
c/o Corporation Company Inc
112 SW 7th St Ste 3c
Topeka KS 66603
Defendant

SUMMONS

To the above-named defendant:

YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

Name: GERALD GRAY
Address: 2300 MAIN ST, STE 900
KANSAS CITY, MO 64108
Phone: (816) 309-5208

Within 30 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.




/s/ Lisa A. Wilson
Clerk of the District Court

Dated: December 27, 2018

Johnson County Court House, 100 N. Kansas Ave. Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
*12/27/2018 14:26:02 SS*

18EF280508

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

SANDY SKEELS
Plaintiff

vs

WALMART INC STORE #577
Defendant

Case No: 18CV07084
Division: 11
K.S.A. Chapter 60

REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WALMART ASSOCIATES INC whose address for service is:

702 SOUTHWEST 8TH STREET
BENTONVILLE, AR 72716

Service through the Sheriff of SHAWNEE County, State of ARKANSAS

THE CORPORATION COMPANY
112 SW 7TH STREET, STE 3C
TOPEKA, KS 66603

By: /s/ GERALD GRAY
GERALD GRAY, #26749
2300 MAIN ST, STE 900
KANSAS CITY, MO 64108
816-309-5208

*Clerk of the District Court, Johnson County Kansas*
*12/27/18 12:38pm SS*

6

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

SANDY SKEELS
Plaintiff
vs

Case No: 18CV07084
Division: 11
K.S.A. Chapter 60

WALMART INC STORE #577
c/o Corporation Company Inc
112 SW 7th St Ste 3C
Topeka KS 66603
Defendant

# Return of Service

✓ I certify that I have served the following JO 18 CV 7084

by delivering a copy of each to The Corp. Co. Inc. Agent Service - Natalie Sorton

personally at 112 SW 7TH Ste 3C
(Address where served)

on 15 day of 1, 2019 at 9:40AM hrs.

_____ I certify that I was **NOT** able to personally serve the documents issued

SP
CORPORATION COMPANY INC
WALMART INC STORE #577
112 SW 7TH ST STE 3C
TOPEKA, KS 66603
J018CV007084 5038273900
12/31/18 02/11/19

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed 1-15-19
(Date)

Wayne Beaman 1153
~~Sheriff/Deputy~~ of Shawnee County, Kansas
P.S.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS
2019 JAN 18 PM 2:37

18EF280508

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

SANDY SKEELS
Plaintiff
vs
WALMART INC STORE #577
Defendant

Case No: 18CV07084
Division: 11
K.S.A. Chapter 60

REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WALMART INC STORE #577 whose address for service is:

13600 S. ALDEN STREET
OLATHE, KS 66062

Service through the Sheriff of SHAWNEE County, State of KANSAS

THE CORPORATION COMPANY
112 SW 7TH STREET, STE. 3C
TOPEKA, KS 66603

By: /s/ GERALD GRAY
GERALD GRAY, #26749
2300 MAIN ST, STE 900
KANSAS CITY, MO 64108
816-309-5208

*Clerk of the District Court, Johnson County Kansas*
*12/27/18 12:38pm SS*