# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**SANDY SKEELS,**

        **Plaintiff,**

v.                                                                              Case No: 19-cv-2064-EFM

**WALMART, INC. and**
**WALMART ASSOCIATES, INC.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☒  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☐  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    Pursuant to the verdict returned by a jury on August 4, 2020, judgment is entered in favor of the plaintiff Sandy Skeels against defendants Walmart, Inc. and Walmart Associates, Inc., in the amount of $60,000.00 for noneconomic loss, $7,200.00 for future noneconomic loss, and $4,800.00 for medical expenses for total damages in the amount of $72,000.00, plus post judgment interest at the rate of 1.2% per annum.

  08/04/2020                                             TIMOTHY M. O'BRIEN
      Date                                                       CLERK OF THE DISTRICT COURT

                                                                      by: *s/ Yolanda Holman*
                                                                           Deputy Clerk

Form approved this 4th day of August, 2020, in Kansas City, Kansas.

                                                                      s/ *Eric F. Melgren*
                                                                      ERIC F. MELGREN
                                                                      UNITED STATES DISTRICT JUDGE